<hr/>

IN RE: ADOPTION OF — VIRGINIA ANN ANDERSON.

(Filed 4 November, 1959.)

**1. Appeal and Error § 33—**
   Where the record does not show that the term of court was regularly held or that the proceeding was properly instituted, or the pleadings, the appeal must be dismissed. Rule 19, Rules of Practice in the Supreme Court.

HIGGINS, J., not sitting.

APPEAL by petitioners from *Gwyn, J.*, June Civil Term, 1959, of WILKES.

This is purportedly a proceeding in which the petitioners, Roy Anderson and Viola Anderson, are seeking to adopt the minor child of Geraldine Johnson Cornelius.

The petitioners appeal only from conclusions of law and the judgment entered pursuant thereto.

*J. F. Jordan for petitioners.*
*Tressie Pierce Fletcher for respondent.*

PER CURIAM. The record contains nothing to show that the term of court was regularly held or that the proceeding was properly instituted. *Brown v. Johnson,* 207 N.C. 807, 178 S.E. 570. Moreover the petitioners' petition is not included in the transcript. Nothing is contained in the record except the findings of fact, the conclusions of law and the judgment entered pursuant thereto.

Consequently, the appeal is dismissed under Rule 19, Rules of Practice in the Supreme Court, 221 N.C. 553, *et seq.* See also *Pruitt v. Wood,* 199 N.C. 788, 156 S.E. 126 and *Waters v. Waters,* 199 N.C. 667, 155 S.E. 564.

Appeal dismissed.

HIGGINS, J., not sitting.